UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA MATHIS, et al.,

                Plaintiffs,

                              CIVIL CASE NO. 07-10981

v.

QUICKEN LOANS INC., et al.,        HONORABLE PAUL V. GADOLA
                                            U.S. DISTRICT COURT
                Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

Plaintiffs' action is a Fair Labor Standards Act suit brought under 29 U.S.C. § 216(b). Before the Court is Defendants' motion to dismiss and the Report and Recommendation of the Honorable Steven D. Pepe, United States Magistrate Judge. The Magistrate Judge recommends that this Court grant in part and deny in part Defendants' motion and that discovery into the merits of the case be stayed pending a decision in the related case of *Henry v. Quicken Loans*, Civil Case No. 04-40346. The Magistrate Judge filed the Report and Recommendation on September 7, 2007 and notified all the parties that any objections must be filed within ten days of service. Neither party has filed objections to the Report and Recommendation.

The Court's standard of review for a Magistrate Judge's Report and Recommendation depends upon whether a party files objections. If a party does not object to the Report and Recommendation, the Court does not need to conduct a review by any standard. *See Lardie v. Birkett*, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) (Gadola, J.). As the Supreme Court observed, "[i]t does not appear that Congress intended to require district court review of a magistrate's factual

or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Since neither party has filed objections to the Report and Recommendation, the Court need not conduct a review.

**ACCORDINGLY, IT IS HEREBY ORDERED** that the Report and Recommendation [docket entry #47] is **ACCEPTED and ADOPTED** as the opinion of this Court.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss [docket entry #16] is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that discovery into the merits of this case is **STAYED** pending a decision in the related case, *Henry v. Quicken Loans*, Civil Case No. 04-40346.

**SO ORDERED.**

Dated: November 1, 2007          s/Paul V. Gadola
                                 HONORABLE PAUL V. GADOLA
                                 UNITED STATES DISTRICT JUDGE

---

Certificate of Service

I hereby certify that on November 1, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:
Robert P. Davis; Paul J. Lukas; Jeffrey B. Morganroth; Mayer Morganroth; Donald H. Nichols; Michael L. Pitt; Beth M. Rivers; Rachhana T. Srey; Robert C. Varnell, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: _____.

                                 s/Ruth A. Brissaud
                                 Ruth A. Brissaud, Case Manager
                                 (810) 341-7845