UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA MATHIS, individually and on
behalf of similarly situated employees,

        Plaintiffs,

v.

QUICKEN LOANS, INC. and DANIEL B.
GILBERT,

        Defendants.
        _____/

Case No. 07-cv-10981

HONORABLE STEPHEN J. MURPHY, III

**ORDER DENYING MOTION FOR SUMMARY JUDGMENT
BASED ON PLAINTIFFS' ONE-YEAR CONTRACTUAL
LIMITATIONS PERIODS (docket no. 303)**

    Defendants filed a motion on September 20, 2011, seeking to enforce a limitation clause in Plaintiffs' employment contracts with Quicken Loans, Inc. ("Quicken"). For the reasons stated in the Court's order in *Chasteen v. Rock Financial*, --- F. Supp. 2d ----, 07-cv-10558, ECF No. 224 (E.D. Mich. Jan. 31, 2012), the Court will deny the motion.

    **WHEREFORE**, it is hereby **ORDERED** that Defendants' motion for summary judgment based on Plaintiffs' one-year contractual limitation periods (docket no. 303) is **DENIED**.

    **SO ORDERED**.

                              s/Stephen J. Murphy, III
                              STEPHEN J. MURPHY, III
                              United States District Judge

Dated: January 31, 2012

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 31, 2012, by electronic and/or ordinary mail.

                    <u>Carol Cohron                             </u>
                    Case Manager

2:07-cv-10981-SJM-SDP Doc # 322 Filed 01/31/12 Pg 2 of 2 Pg ID 11280

                    <u>Carol Cohron</u>
                    Case Manager