UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA MATHIS, individually and on behalf
of all other similarly situated employees,

                Plaintiffs,

v.

QUICKEN LOANS INC. and DANIEL B.
GILBERT,

                Defendants.

Case No.: 2:07-cv-10981
Honorable Stephen J. Murphy, III

## MOTION TO WITHDRAW AS COUNSEL

TO:    CLERK OF THE COURT
         COUNSEL OF RECORD

      Robert L. Schug, attorney from Nichols Kaster, LLP, representing plaintiffs in the above-captioned matter, respectfully moves this Court to enter an order to allow the undersigned to withdraw as counsel in this matter pursuant to Eastern District of Michigan L.R. 83.25. Mr. Schug is ending his employment with Nichols Kaster on October 24, 2012. Nichols Kaster, PLLP attorneys Paul J. Lukas, Rachhana T. Srey and Adam W. Hansen remain as counsel for plaintiffs. The movant has sought concurrence of Defendants' counsel, but has not received a response, regarding this motion.

Dated: October 24, 2012                NICHOLS KASTER, LLP

                                          s/Robert L. Schug
                                          Robert L. Schug, MN Bar No. 387013
                                          One Embarcadero Center
                                          Suite 720
                                          San Francisco, CA 94111

Telephone (415) 277-7236
Fax (415) 277-7238
Email: rschug@nka.com

2:07-cv-10981-SJM-SDP Doc # 330 Filed 10/24/12 Pg 2 of 3 Pg ID 11323

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 24, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                s/Robert L. Schug
                Robert L. Schug