UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAMELA MATHIS, on behalf of herself and
all similarly situated employees,

      Case No. 07-cv-10981

    Plaintiffs,

      HONORABLE STEPHEN J. MURPHY, III

v.

QUICKEN LOANS,

    Defendant.

_____/

## ORDER OF ADMINISTRATIVE CLOSURE

The Court conducted a telephonic status conference with the lawyers on January 15, 2015, and all agreed upon a temporary stay to the case.  Accordingly, the Court will **ADMINISTRATIVELY CLOSE** the case. The closure is for administrative purposes only, and should not be read as a dismissal or as an adjudication of the merits of the dispute. The case will be reopened upon motion of either party or order of the Court.

    **SO ORDERED**.


      s/Stephen J. Murphy, III
      STEPHEN J. MURPHY, III
      United States District Judge

Dated: January 15, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 15, 2015, by electronic and/or ordinary mail.

      s/Carol Cohron
      Case Manager