# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

PAMELA MATHIS, individually and on behalf of all other similarly situated employees,

       Plaintiffs,

            v.

QUICKEN LOANS INC. and DANIEL B. GILBERT,

       Defendants.

Case No. 2:07-cv-10981
Hon. Stephen J. Murphy, III

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties having stipulated to the relief granted herein, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the above-captioned case be, and the same hereby is, dismissed with prejudice and, without costs, interest or attorneys' fees to any party.

   SO ORDERED.

        S/Stephen J. Murphy, III
        Stephen J. Murphy, III
        United States District Judge

Dated:  October 22, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 22, 2015, by electronic and/or ordinary mail.

        S/Carol Cohron
        Case Manager

16970847.4

| STIPULATED AND APPROVED FOR ENTRY | STIPULATED AND APPROVED FOR ENTRY |
|---|---|
| /s/ Adam W. Hansen<br>**NICHOLS KASTER, PLLP**<br>Adam W. Hansen, MN Bar No. 391704<br>Paul J. Lukas, MN Bar No. 22084X<br>Rachhana T. Srey, MN Bar No. 340133<br>G. Tony Atwal, MN Bar No. 0331636<br>Brittany B. Skemp, MN Bar No. 0395227<br>Attorneys for Plaintiffs and the Putative Class<br>4600 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>(612) 256-3200 | /s/ Jeffrey B. Morganroth<br>**MORGANROTH & MORGANROTH, PLLC**<br>Mayer Morganroth<br>Jeffrey B. Morganroth<br>Attorneys for Defendants<br>344 N. Old Woodward Ave., Ste. 200<br>Birmingham, MI 48009<br>(248) 864-4000<br><br>/s/ Robert J. Muchnick<br>**HONIGMAN SCHWARTZ AND COHN LLP**<br>William D. Sargent (P38143)<br>Robert J. Muchnick (P62369)<br>Christopher R. Kazanowski (P73946)<br>Attorneys for Defendants<br>2290 First National Building<br>600 Woodward Avenue<br>Detroit, MI 48226-3506<br>(313) 465-7000 |

Dated: October 8, 2015

16970847.4